## J. S. MARTIN *vs.* L. B. KERR.

### EXCEPTIONS FROM MR. JUSTICE BICKERTON.

### JANUARY TERM, 1889.

JUDD, C.J., McCULLY, PRESTON, BICKERTON and DOLE, JJ.

The Court refused to disturb a verdict for $1500 damages for malicious prosecution on the ground that it was excessive.

OPINION OF THE COURT, BY JUDD, C.J.

This is an action to recover damages for malicious prosecution.

The Jury returned a verdict at the last (October, 1888) term of this Court for $1500 damages, and this is excepted to as excessive by defendant.

Having duly considered the evidence and the arguments of counsel, we find nothing which would justify the disturbance of the verdict, and therefore overrule the exception.

*V. V. Ashford*, for plaintiff.

*A. S. Hartwell*, for defendant.